UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA

ADAM THOR, et al.,

        Plaintiffs,

vs.

FRONTIER AIRLINES, INC.,

        Defendant

CASE NO.

## DEFENDANT FRONTIER AIRLINES, INC.'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant, FRONTIER AIRLINES, INC. ("Frontier"), discloses that it is wholly owned by Frontier Airlines Holdings, Inc. No publicly held corporation owns 10% or more of Frontier Airlines, Inc.'s stock.

Dated: September 30, 2024

        **WADSWORTH, MARGREY & DIXON, LLP**
        *Attorneys for Defendant*
        261 NE 1st Street, 5th Floor
        Miami, FL 33132
        (305) 777-1000 Telephone
        (305) 777-1001 Facsimile

By: _____
        Christopher W. Wadsworth, Esq.
        Florida Bar No.: 78026
        E-mail: cw@wmd-law.org
        Secondary: pleadings@wmd-law.org

        Brian T. Maye, Esq.
        (seeking *pro hac vice* admission)
        FITZPATRICK, HUNT & PAGANO LLP
        10 S La Salle St, Suite 3400
        Chicago, Illinois 60603
        Phone: (312) 728-4905
        brian.maye@fitzhunt.com

        *Counsel for Frontier Airlines, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document has been electronically filed by using the CM/ECF system on this 30th day of September, 2024, and that a copy was sent to Plaintiffs via US Mail and electronic mail at the following: Adam Thor and Travis Foster, 1300 Washington Ave #0264, Miami Beach, Florida 32801, Telephone: (201) 638-1077, Facsimile: (201) 575-4079, Email: jbstuna@yahoo.com.

By: _____
Christopher W. Wadsworth, Esq.
Florida Bar No.: 78026
E-mail: cw@wmd-law.org
Secondary: pleadings@wmd-law.org