IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

ADAM THOR, et.al.,

                                                                           CASE NO. 1:24-cv-23772-PCH

    Plaintiff,

vs.

FRONTIER AIRLINES, INC,

    Defendant,

_____/

**AMENDED NOTICE OF DESIGNATION OF E-MAIL ADDRESS**

**COMES NOW** Christopher W. Wadsworth, Esq. and David H. Echavarria, Esq. of WADSWORTH, MARGREY & DIXON, LLP, as attorneys for Defendant, FRONTIER AIRLINES, INC and hereby give notice of their Amended Designation of E-Mail Addresses and hereby designate the following e-mail addresses for the purpose of receiving pleadings, correspondence and all other papers:

    Primary E-Mail:    David Echavarria, Esq. de@wmd-law.org
                                        Rachel Violi – rachelv@wmd-law.org

    Secondary E-Mail:    Christopher W. Wadsworth, Esq. – cw@wmd-law.org
                                        pleadings@wmd-law.org

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing document is being served this day on all counsel of record via CM/ECF, on this **October 2, 2024.**

                                              **WADSWORTH, MARGREY & DIXON, LLP**
261 NE 1st Street, 5th Floor
Miami, Florida 33132.
Telephone: 305-777-1000
Facsimile: 305-777-1001

By:    */s/ David H. Echavarria*
David H. Echavarria, Esq.
Florida Bar No.: 27720
Primary: de@wmd-law.org;
rachelv@wmd-law.org
Christopher W. Wadsworth, Esq.
Florida Bar No. 078026
Secondary: cw@wmd-law.org;
pleadings@wmd-law.org