IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ADAM THOR, et.al.,                                              CASE NO. 1:24-cv-23772-PCH

     Plaintiff,
vs.

FRONTIER AIRLINES, INC,

Defendant,
_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

In accordance with Local Rule 2.02(a), I certify that I, Chrsitopher W. Wadsworth, am lead counsel for Defendant, FRONTIER AIRLINES, INC, and hereby give notice of lead counsel designation and hereby designate the following e-mail addresses for the purposes of receiving pleadings, correspondence and all other papers:

    Primary:          cw@wmd-law.org and tcarter@wmd-law.org

    Secondary:      de@wmd-law.org; rachelv@wmd-law.org; and
                          pleadings@wmd-law.org

**(CERTIFICATE OF SERVICE ON NEXT PAGE)**

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that the foregoing document is being served this day on all counsel of record via CM/ECF, on **October 3, 2024.**

        **WADSWORTH, MARGREY & DIXON LLP**
*Attorneys for Defendant, Skyline Recovery Service*
The Jane Building
261 N.E. 1st Street, 5th Floor
Miami, FL 33132
Tel. (305) 777-1000
Fax. (305) 777-1001

By:    */s/ Christopher W. Wadsworth*
Christopher W. Wadsworth, Esq.
Florida Bar No.: 78026
E-mail: cw@wmd-law.com
pleadings@wmd-law.org