UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-23772-PCH

ADAM THOR, et al.,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.
_____/

## ORDER OF INSTRUCTIONS

THIS CAUSE came before the Court upon a *sua sponte* review of the record. At the outset of a *pro se* case, it is essential that the *pro se* litigants understand certain procedural information. It is therefore **ORDERED AND ADJUDGED** as follows:

1. *Pro se* litigants, like all litigants, must comply with procedural rules. Plaintiffs must therefore comply with the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Florida. Plaintiffs may obtain the Local Rules from the Clerk of Court. Plaintiffs' failure to comply with the federal and local rules may result in sanctions, which could include dismissal of the case. Similarly, failure to comply with any court order may result in dismissal.

2. It is Plaintiffs' responsibility to keep the Court advised of their current addresses at all times. If Plaintiffs' addresses change and no change of address is promptly filed with the Clerk of Court, this case may be dismissed for lack of prosecution. A change of address must be labeled "Notice of Change of Address" and must not include any motions or other information except for the new address and the effective date of the change.

3. Under no circumstances shall Plaintiffs mail any pleading or document to any Judge or Magistrate Judge of this Court. The Court will disregard any such pleading or document.

4. Plaintiffs shall not send letters to the Court or to the Clerk of Court. Under the Federal Rules of Civil Procedure, if Plaintiffs want relief, they must file a motion—that is, a document requesting that relief—on the Court's docket and must furnish copies of that motion to the opposing party. Because letters are not motions or pleadings, any letters from Plaintiffs will be discarded and will not appear on the Court's docket.

5. A *pro se* litigant who wishes to oppose a motion must respond in writing within the time period provided by the Local Rules and the Federal Rules of Civil Procedure. If the Court instructs a *pro se* litigant to respond by a certain date, the *pro se* litigant must comply with that order.

6. No litigant may call the Judge's chambers for legal advice about the case. This prohibition applies equally to the litigant's family, friends, and acquaintances. Brief case status information may be available from the Clerk of Court. But Plaintiffs should understand that no Court employee can (or will) provide legal advice to any litigant, *pro se* or otherwise.

7. All filed papers must include the case style, case number, and appropriate title in the format required by the Local Rules. *See Sample Form Following Local Rule 5.1*. The signature block of each pleading must also contain the *pro se* litigant's name and address. Plaintiffs shall send the original of every pleading or document to the Clerk of Court. Miami cases shall be filed at 400 North Miami Avenue, 8th Floor, Miami, Florida 33128; Key West cases shall be filed at 301 Simonton Street, Key West, Florida; Fort Pierce cases shall be filed at 101 South U.S. Highway 1, Fort Pierce, Florida; Fort Lauderdale cases shall be filed at 299 East Broward Boulevard, Room 108, Fort Lauderdale, Florida 33301; West Palm Beach cases shall be filed at

701 Clematis Street, Room 202, West Palm Beach, Florida 33401.  Each submission shall include: (1) a copy of the filing or document and (2) a certificate of service, in which Plaintiffs shall state the date on which Plaintiffs mailed a true and accurate copy of the pleading or document to Defendant.

      **DONE AND ORDERED** in Chambers at Miami, Florida, on October 31, 2024.

_____
Paul C. Huck
United States District Judge

cc:    All counsel of record

      **Adam Thor** and
      **Travis Foster**
      1300 Washington Avenue
      0264
      Miami Beach, Florida 32801
      PRO SE